[This case reached Reporter December, 1917.]

---

JOE HOKES v. THE STATE.

No. 4536. Decided October 24, 1917.

**Murder—Companion Case—Practice on Appeal.**

Where the same questions were passed upon in a companion case, they need not be considered again upon appeal, and the judgment is reversed and the cause remanded. Prendergast, Judge, dissenting.

Appeal from the District Court of Bowie. Tried below before the Hon. H. F. O'Neal.

Appeal from a conviction of murder; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

*J. Q. MaHaffey,* for the appellant.—Cited cases in companion case: Hammond v. The State, No. 4537.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This is a companion case to Mack Hammonds against the State, just decided. Both cases are practically the same, and for the reasons given in the opinion in the Hammonds case, this judgment will be reversed and the cause remanded.

*Reversed and remanded.*

PRENDERGAST, JUDGE (dissenting).—I refer to my dissenting opinion in the Hammond case for my dissent in this.